UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

City of North Chicago, Illinois, The

                          Plaintiff,

v.                                             Case No.: 1:18−cv−04276

                                                   Honorable Matthew F. Kennelly

Twin City Fire Insurance Company, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 28, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 9/28/2018 with attorneys for both sides. The parties have reached a settlement, subject to completing documentation. Status hearing is set for 10/18/2018 at 9:30 a.m. The filing of defendants' answer is stayed pending the status hearing. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.