# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

City of North Chicago, Illinois, The
                                    Plaintiff,

v.                                  Case No.: 1:18−cv−04276
                                    Honorable Matthew F. Kennelly

Twin City Fire Insurance Company, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 11, 2018:

   MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation, case is dismissed with prejudice and without costs. The 10/18/2018 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.